IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRETT TODD PLEASANT, #147394,
    Petitioner,

vs.                                           Case No.: 3:05cv31/RV/EMT

THOMAS FORTNER,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 12, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Respondent's amended motion to dismiss (Doc. 21) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as time-barred.

**DONE AND ORDERED** this 12th day of October, 2005.

                                      /s/ _Roger Vinson_
                                      **ROGER VINSON**
                                      **UNITED STATES SENIOR JUDGE**